IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIMMY WILMORE,**

    Petitioner,

vs.                                            Case No. 4:13cv529-RH/CAS

**MICHAEL CREWS,**
**State of Florida,**

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

On September 18, 2013, Petitioner Timmy Wilmore, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, and a supporting memorandum, Doc. 2. After direction by this Court, Petitioner has paid the filing fee. *See* Docs. 4, 7.

Petitioner is currently incarcerated at the South Bay Correctional Facility in South Bay, Florida, which is located in Palm Beach County, in the Southern District of Florida. Doc. 1; *see* 28 U.S.C. § 89(c). Petitioner challenges a state court judgment from the Seventh Judicial Circuit Court, Volusia County, Florida, which is located in the Middle District of Florida. Doc. 1*; see* 28 U.S.C. § 89(b).

Jurisdiction is appropriate in the district of confinement and the district of conviction. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated). Because Petitioner is not confined in this district and his state court conviction is not from a state court in this district, jurisdiction is not appropriate in the Northern District. Because the district of conviction appears to be the most convenient and appropriate venue, this petition should be transferred to the United States District Court for the Middle District of Florida, Orlando Division. *Id.*; M.D. Fla. R. 1.02(b)(3). *See* Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on December 5, 2013.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.